IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY WARD, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 11-0006-KD-B |
| NORTHROP GRUMMAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the Report and Recommendation wherein the Magistrate Judge recommends that this action be dismissed without prejudice for failure to state a claim upon which relief can be granted and for failure to obey the Court's orders (doc. 5). Plaintiff has filed an objection to the Report and Recommendation in which he attempts to address the deficiencies in his complaint which were addressed by the Magistrate Judge (doc. 6). In his objection, plaintiff states that he "authored . . . a copyright for business that continues to be awarded on-going contracts . . ." and that he "has not received payment for services." This statement fails to assert a claim for which relief can be granted.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issue raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated January 24, 2011, is **ADOPTED** as the opinion of this Court

**DONE** this 2nd day of February, 2011.

    s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**